**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JOVAN STREETER, et al.,

                     Plaintiffs,

          v.

RICHARD RODRIGUEZ, JR., et al.,

                    Defendants.

Case No. 24-cv-4158

Judge Mary M. Rowland

**CITY OF CHICAGO'S SUR-RESPONSE TO PLAINTIFFS' MOTION TO COMPEL,
FOR SANCTIONS, AND FOR EXPEDITED DISCOVERY**

The City advises the Court that the deposition of Defendant Officer Richard Rodriquez was continued and completed by Plaintiffs on March 3, 2026. For the reasons stated in the City's Response to Plaintiffs' Motion to Compel, For Sanctions, and For Expedited Discovery [Dkt. 109], the Motion should be denied.

Dated: March 4, 2026

Respectfully submitted,

**CITY OF CHICAGO**

By:   */s/* Michael P. Sheehan
        One of Its Attorneys

TAFT STETTINIUS AND HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, Illinois 60601
Telephone:   (312) 527-4000
Email:      msheehan@taftlaw.com

198670916v1

1