**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

---

JOVAN STREETER AND MARQUITA
BEECHAM,

    Plaintiffs,

  v.

Chicago Police Officers RICHARD
RODRIGUEZ, JR., MICHAEL DONNELLY,
and CITY OF CHICAGO,

    Defendants.

Case No. 24-cv-04158

*Jury Trial Demanded.*

---

**JOINT STATUS REPORT**

---

Now come Plaintiffs Jovan Streeter and Marquita Beecham, by and through their undersigned counsel, and Defendants Richard Rodriquez Jr., Michael Donnelly, and City of Chicago by and through their undersigned counsel, and submit the following status report pursuant to the Court's order of March 6, 2026 (Dkt. 113):

1. The parties met on March 30, 2026, to discuss settlement and summary judgment. Regarding settlement, the parties discussed the possibility of requesting a referral to the Magistrate Judge in this case to act as mediator for the Streeter matter and, if possible, all of the cases filed by Plaintiffs' counsel (and possibly unfiled cases) against members of the 1863 Tactical Team. This would amount to approximately 10 cases. The parties request the Court's insight into such a process.

1

2.  Regarding summary judgment, the parties have tentatively agreed to narrow the issues and allegations in the case, which will obviate the need for a summary judgment motion. The parties expect to finalize discussions on this within the next week.

3.  The parties request a status hearing with the Court to advance the issues raised in this report.

Respectfully submitted,

/s/ Jordan Marsh
*Attorney for the Plaintiffs*

/s/ Brian Gainer
*Attorney for Defendant Rodriquez*

/s/ Ian Barney
*Attorney for the Plaintiffs*

/s/ Eric Palles
*Attorney for Defendant Donnelly*

/s/ Krystal Robledo
*Attorney for the Plaintiffs*

/s/ Michael Sheehan
*Attorney for Defendant City of Chicago*

## CERTIFICATE OF SERVICE

I certify that on April 1, 2026, I served a copy of the foregoing JOINT STATUS REPORT on all counsel of record by filing the same on the Court's ECF system.


**/s/ Jordan Marsh**