**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JOVAN STREETER, *et al.*,<br>Plaintiffs,<br>v.<br>CITY OF CHICAGO, *et al.*,<br>Defendants. | Case No. 24-cv-04158<br>Judge Mary M. Rowland<br>Magistrate Judge Beth W. Jantz |

## JOINT MOTION TO SEVER PLAINTIFFS' CLAIMS PURSUANT TO RULE 20(a)

Plaintiffs Jovan Streeter and Marquita Beecham ("Plaintiffs") and Defendants City of Chicago and Richard Rodriquez, Jr. ("Defendants," and collectively with Plaintiffs, the "Parties"), by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 20(a), respectfully request severance of Plaintiffs' claims.

## INTRODUCTION

On May 20, 2025, Plaintiffs filed their complaint against Defendants, among others. (Dkt. 1). The complaint was amended from time to time (Dkt. 120, Third Amended Complaint). Thus far, Plaintiffs have pursued their claims jointly. The Parties now request this Court sever Plaintiff Beecham and her claims into a separate action, and that the Executive Committee order that Plaintiff Beecham's claims be assigned a new case number, pursuant to Rule 20(a), in order to promote the convenience and fairness to parties, justice, and the prompt and efficient resolution of Plaintiffs' matters.

## ARGUMENT

Federal Rule of Civil Procedure 21 permits the Court to "sever any claim against a party." Whether to sever a case "lies within the trial court's sound discretion." *McDowell v. Morgan Stanley & Co.*, 645 F. Supp. 2d 690, 694 (N.D. Ill. 2009). Although Rule 21 does not provide a

standard for severing claims, courts apply the permissive joinder standard of Rule 20(a), which permits joinder if the claims "aris[e] out of the same transaction [or] occurrence, or series of transactions or occurrences" and raise a "question of law or fact common to all plaintiffs." *Lozada v. City of Chicago*, No. 10 C 1019, 2010 WL 3487952, at *2 (N.D. Ill. Aug. 30, 2010); *McDowell*, 645 F. Supp. 2d at 694.

To analyze whether joinder is proper, courts employ "a case-by-case approach . . . because no hard and fast rules have been established" as to when parties or claims should be severed. *Bailey v. N. Tr. Co.*, 196 F.R.D. 513, 515 (N.D. Ill. 2000). Courts rely on several factors, including the time-period of the allegations, the relatedness of the allegations to one another, whether the allegations are a different type, whether the same persons were involved, the geographical locations of the allegations, and whether a unifying policy is alleged. *See McDowell*, 645 F. Supp. 2d at 694 (detailing the same above-listed factors in the employment context). Further, courts also consider relevant factors of judicial policy, such as "the convenience and fairness to parties . . . [,] the claim's separability in logic and law . . . [,] justice[,] and [whether severance would] facilitate the prompt and efficient disposition of the litigation." *Bennett v. Sch. Directors of Dist. 115*, No. 96 C 2422, 1996 WL 495555, at *2 (N.D. Ill. Aug. 28, 1996) (citing *Hebel v. Ebersole*, 543 F.2d 14, 17 (7th Cir. 1976)).

To this end, courts interpret Rule 20 "liberally to achieve its purpose and exercise 'wide discretion' in deciding whether to sever a party." *Lozada*, 2010 WL 3487952, at *2 (citing *Gorence v. Eagle Food Ctr., Inc.*, No. 93 C 4862, 1996 WL 734955, at *3 (N.D. Ill. Dec. 19, 1996)). Rule 20's purpose is "'to promote trial convenience and expedite the final determination of disputes, thereby preventing multiple lawsuits.'" *Bailey*, 196 F.R.D. at 515 (quoting *Gorence*, 1996 WL 734955, at *3). "Misjoinder occurs when the parties fail to satisfy either of the requirements for

permissive joinder under Rule 20." *McDowell*, 645 F. Supp. 2d at 694. At this point, "Rule 21 comes into effect and allows the Court to add or drop a party, or sever any claim against another party." *Id.*

Here, Plaintiffs are capable of pursuing their claims individually. Moreover, severance will allow Plaintiffs to resolve their lawsuits promptly and efficiently while promoting judicial economy. Defendants have no objection to the severance of Plaintiff Beecham's claims. Accordingly, the Parties respectfully request that the Court sever this lawsuit into two: (1) one for Plaintiff Beecham's claims; with (2) Plaintiff Streeter's claims continuing to proceed in this case. The Parties further request that the Executive Committee order that Plaintiff Beecham be assigned a new case number, to facilitate the prompt and efficient disposition of the litigation.

Defendants agree to waive assertion of the statute of limitations based solely on the refiling of Plaintiff Beecham's severed claims (but reserve the right to raise defenses on any other possible grounds). As no additional parties or claims are being added to Plaintiff Beecham's severed claims, the Parties further request that the filing fee be waived for the newly numbered separate action.

## CONCLUSION

Pursuant to Rule 20(a), the Parties jointly ask this Court to enter an order severing the claims of Plaintiff Beecham from those of Plaintiff Streeter, assign Plaintiff Beecham a new case number, waive any filing fees for the refiling of the claims of Plaintiff Beecham, and grant such other relief as this Court deems just and proper.

Dated: November 23, 2026

Respectfully submitted,

**JOVAN STREETER AND MARQUITA BEECHAM, PLAINTIFFS**

By: */s/ Jordan Marsh*
One of their Attorneys

Jordan Marsh
Krystal Robledo
LAW OFFICES OF JORDAN MARSH LLC
33 North LaSalle Street, Suite 2000
Chicago, Illinois 60602
Telephone: (224)220-9000
Email: jordan@jmarshlaw.com
krystal@jmarshlaw.com

**CITY OF CHICAGO, DEFENDANT**

*/s/ Michael P. Sheehan*
One of Its Attorneys

Michael P. Sheehan
Barton J. O'Brien
Joan E. Ahn
Sara J. Schroeder
Henry Bryne
TAFT STETTINIUS AND HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, Illinois 60601
Telephone: (312) 527-4000
Email: msheehan@taftlaw.com
bobrien@taftlaw.com
jahn@taftlaw.com
sschroeder@taftlaw.com
jahn@taftlaw.com
hbryne@taftlaw.com

**JOVAN STREETER AND MARQUITA BEECHAM, PLAINTIFFS**

By: */s/ Ian M. Barney*
One of their Attorneys

Ian M. Barney
Barney Hammond LLP
Attorney for Plaintiff Marquita Beecham
53 W. Jackson Blvd., Suite 1424
Chicago, Illinois 60604
Telephone: (312) 261-5683
Email: ian@barneyhammond.com

**RICHARD RODRIQUEZ, JR., DEFENDANT**

*/s/ Brian P. Gainer*
One of his Attorneys

Brian P. Gainer
Lisa M. McElroy
(312) 372-0770
JOHNSON & BELL, LTD.
33 West Monroe St., Suite 2700
Chicago, Illinois 60603
Telephone: (312) 372-0770
Email: gainerj@jbltd.com
mcelroyl@jbltd.com

306196257v3